UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
MICKEY LEE VANDERPOOL,           :
                                 :   Civil Action No. 10-2030 (WJM)
            Plaintiff,           :
                                 :
                                 :
            v.                   :   ORDER
                                 :   (CLOSED)
CHRIS CHRISTIE, et al.           :
                                 :
            Defendants.          :
```

For the reasons expressed in the Court's Opinion filed herewith,

It is on this 12th day of July, 2010,

ORDERED that, pursuant to 28 U.S.C. § 1915(a), the application submitted by Plaintiff to proceed <u>in forma pauperis</u> is hereby GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE, in its entirety as against all named defendants, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted at this time; and it is further

ORDERED that Plaintiff may move to re-open his case and amend his Complaint to cure the deficiencies as noted in the accompanying Opinion filed herewith.

s/William J. Martini

_____
WILLIAM J. MARTINI
United States District Judge